IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:18-CR-37-FL-4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 302]** |
| BYRON JACOBEE SPARKS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 302 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, 23rd day of April, 2020.

_____
Louise Wood Flanagan
United States District Judge